FILED
NOV - 6 2013
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE: Bruce Jackson
Kristal Jackson

Case No. 13-24694-JS

Chapter 7

Plaintiff

Motion No. _____
(If applicable)

vs.

Adversary No. _____
(If applicable)

Defendant

## PRAECIPE

The Clerk will please file a motion to reconsider the dismissal of my case. I was scheduled to appear on tomorrow for court. Today I received mail saying case was dismissed. Meeting of creditors was on 7th October. Judge gave me a extension to turn in paperwork on same day.

DATE: 11/6/2013

Kristal Jackson
Bruce Jackson
(name)          (printed)

Bruce Jackson  Kristal Jackson
(signature)

6700 Freetown RD
Columbia MD 21045
(address)

(240) 278-9170
(telephone no.)

(representing)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re: Bruce Jackson   Case Number: 13-24694-JS
Kristal Jackson   Chapter: 7
Debtor(s)

FILED
NOV - 6 2013

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __22__ day of __October__, a copy of tax information was faxed to Richard Kremons office. The amended copies of creditor information was turned into court clerk on 21 October

was mailed via _____
to the following parties of interest:

Bruce Jackson   Kristal Jackson
Signature